WILLIAM D. MURPHY and Another, Respondents, v. JOSEPH RYDER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HARRY K. BROWN, as Trustee, etc., of JESSE R. FORD, Bankrupt, Appellant, v. ROYAL EXCHANGE ASSURANCE OF LONDON, Respondent.— Motion for reargument denied, with ten dollars costs.    Motion for leave to appeal to Court of Appeals denied.    Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ARTHUR V. LAWLER, as Executor, etc., of ALICE GOBEILLE, Deceased, Respondent, v. CARL E. TUCKER and Others, Appellants.— Motion for reargument denied, with ten dollars costs.    Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

LOUIS J. SIGL, INCORPORATED, Respondent, v. JAMES J. BRESNAHAN, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.    Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

CORNING STONE CORPORATION, Appellant, v. THE FIRST NATIONAL BANK AND TRUST COMPANY OF CORNING and Another, Respondents.— Appeal dismissed unless appellants shall file and serve the printed papers and printed briefs on appeal by October twenty-fifth.    Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.